GEORGE WEINSTEIN, Respondent, v. KIAMESHA CONCORD, INC., Appellant.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

JOHN F. WILLIAMS et al., Appellants, v. MICHAEL L. ROVELLO et al., Respondents, et al., Defendants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.